**Order entered January 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00705-CV

### CITY OF DALLAS, Appellant

### V.

### BRIAN LONCAR, SUE LONCAR, ET AL, Appellees

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-09-06753-C**

## ORDER

The Court **GRANTS** appellees' January 17, 2013 motion to extend time to file their brief

and for leave to file a late brief.  We **ORDER** appellees to file their brief by January 31, 2013.


/s/     CAROLYN WRIGHT
         CHIEF JUSTICE